## First Department, October, 1918.

Ricardo Molina, Respondent, v. Comission Reguladora Del Mercado De Henequen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York ex rel. Carolyn W. Griswold, Appellant, v. Gustave Straubenmuller and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

G. Sumner Cammack, on Behalf of Himself, etc., Respondent, v. Oberlin Realty Company and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. Rutger J. Planten, Suing for Himself, as Stockholder and for All Other Stockholders, etc., Respondent, v. Edward Earl and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. Rutger J. Planten, Suing for Himself, as Stockholder and for All Other Stockholders, etc., Respondent, v. Augustine J. Smith, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn JJ.

W. Rutger J. Planten, Suing for Himself, as Stockholder and for All Other Stockholders, etc., Respondent, v. Henry C. Miller, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York ex rel. Louis Jacobs, Appellant, v. William E. Walsh, as Superintendent of Buildings in the Borough of Manhattan, City of New York, Respondent. Ninety-fifth Street and Broadway Corporation and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Louis Jacobs, Appellant, v. William E. Walsh, as Superintendent of Buildings of the Borough of Manhattan, City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Albert T. Otto, Appellant, v. Louis Hays Dos Passos and Others, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Five Hundred and Three Fifth Avenue Company, Appellant, v.